UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE WYATT, JR., <br> ID #00333787 <br> <br> *Petitioner*, <br> <br> v. <br> <br> JOE BIDEN, et al., <br> <br> *Respondents*. | § § § § § § § § § § § § § | Civil Action No. 3:23-CV-1799-X-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 17). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1